UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(AT LEXINGTON)

RANDY CAUDILL,

    Plaintiff,                                  CASE NO.: 5:16-00066-DCR

-vs-

WELLS FARGO HOME MORTGAGE, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT PENDING

    Plaintiff, Randy Caudill, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Wells Fargo Home Mortgage, Inc., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated this 12th day of July 2016.

                                                                /s/ Octavio Gomez
                                                                Octavio "Tav" Gomez, Esquire
                                                                (*admitted Pro Hac Vice*)
                                                                Morgan & Morgan, Tampa, P.A.
                                                                One Tampa City Center
                                                                 201 N. Franklin St., 7th Floor
                                                                Tampa, FL 33602
                                                                Tele: (813) 223-5505
                                                                Fax: (813) 223-5402
                                                                Florida Bar #: 0338620
                                                                Attorney for Plaintiff
                                                                tgomez@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2016, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system:

W. Craig Robertson, III, Esquire
Courtney R. Samford, Esquire
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Email: wrobertson@wyattfirm.com
        csamford@wyattfirm.com

Rebecca S. Saelao, Esquire
Elizabeth Holt Andrews, Esquire
Severson & Werson
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Email: rss@severson.com
        eha@severson.com

/s/ Octavio Gomez
Octavio "Tav" Gomez, Esquire
(*Admitted Pro Hac Vice*)
Florida Bar #: 0338620