UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| RANDY CAUDILL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 16-066-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| WELLS FARGO HOME | ) | **ORDER** |
| MORTGAGE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties to this action have tendered a Joint Stipulation of Dismissal [Record No. 43], indicating that all issues have been resolved. Therefore, being sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED**, with prejudice, and **STRICKEN** from the docket. Each party shall bear his/its attorney's fees, costs, and expenses.

This 27th day of July, 2016.

Signed By:
*Danny C. Reeves* DCR
United States District Judge